UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCKESSON CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>NEW IBERIA RX INC, et al.,<br><br>  Defendants. | Case No.  4:16-cv-00105-DMR<br><br>**ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE AND DENYING PLAINTIFF'S MOTION TO APPEAR BY TELEPHONE AS MOOT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference previously scheduled for April 6, 2016 at 1:30 p.m. has been vacated.  Plaintiff's Motion for Telephonic Appearance at the Initial Case Management Conference [Docket No. 12] is denied as moot.  Plaintiff shall file a Motion for Default Judgment or Status Report within 30 days.

Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the court.

**IT IS SO ORDERED.**

Dated: March 31, 2016

_____
DONNA M. RYU
United States Magistrate Judge